GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          Jerome_Matthews@fd.org

Counsel for Defendant Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUWA HERNANDEZ,<br><br>Defendant. | **Case No.:** CR 18–233 PJH[KAW]<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

This matter is set for a status conference regarding preliminary revocation and detention on February 4, 2022. At the last calling of the case, the parties discussed the possibility of a release plan pending completion of a mental health evaluation of Mr Hernandez. Defense counsel has arranged an evaluation that will be conducted at Santa Rita Jail on February 4, 2022. In order that the evaluation can be completed and assessed by the parties,

IT IS STIPULATED AND AGREED that the status conference presently scheduled for February 4, 2022, be continued to February 11, 2022. The probation officer has confirmed that she will be available on that date.

IT IS SO STIPULATED.

Dated: February 2, 2022

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

        /S
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: February 2, 2022

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

        /S
CYNTHIA JOHNSON
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JOSHUWA HERNANDEZ,<br><br>       Defendant. | **Case No.:** CR 18–233 PJH[KAW]<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

In light of the foregoing stipulation and good cause appearing therefor,

IT IS ORDERED that the status conference presently scheduled for February 4, 2022, be continued to February 11, 2022.


          IT IS SO ORDERED.


Dated:      February 3, 2022                                      _____
                                                                  HON. KANDIS A. WESTMORE
                                                                  United States Magistrate Judge